# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Troy D. Hart | Case No.:21−10376−jal<br><br>Chapter: 7 |
| Debtor(s) | Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 600 MATTHEWS MILL RD., GLASGOW, KY 42141 Fee Amount $188.. Filed by Creditor The Money Source Inc.. Objections due by 07/16/2021. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Filed Proof of Claim # 2 Proposed Order) (Simons, Molly)

Dated: 7/6/21

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  
Troy D. Hart  
    Debtor

Case No. 21-10376-jal  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0644-1      User: cbhall      Page 1 of 2  
Date Rcvd: Jul 06, 2021      Form ID: 267      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy D. Hart, 600 Matthews Mill Rd., Glasgow, KY 42141-8475 |
| 6831236 | + | Alexander Law Office, 112 E. Public Square, Glasgow, KY 42141-2602 |
| 6831241 | ++ | CREDIT CLEARING HOUSE OF AMERICA INC, P O BOX 1209, LOUISVILLE KY 40201-1209 address filed with court:, Credit Clearing House of America, Inc., PO Box 1209, Louisville, KY 40201-1209 |
| 6831243 | + | James E. Bruce, Jr., 1724 South Virginia St., PO Box 603, Hopkinsville, KY 42241-0603 |
| 6831244 | + | Mariner Finance, 2425 Scottsville Rd. #112, Bowling Green, KY 42104-4457 |
| 6831245 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 6831246 | + | Michelle Hart, 109 Mansfield Ct., Glasgow, KY 42141-1169 |
| 6831247 | + | The Money Source Inc., 500 South Broad St., Ste. 100A, Meriden, CT 06450-6755 |
| 6839526 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 6831248 | | USAA Savings Bank, 10750 McDermott Fwy., San Antonio, TX 78288-9876 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6831237 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 06 2021 19:17:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 6831238 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 06 2021 19:22:22 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 6831240 | + | Email/Text: mediamanagers@clientservices.com | Jul 06 2021 19:17:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 6831242 | + | Email/Text: mrdiscen@discover.com | Jul 06 2021 19:17:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 6831239 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 06 2021 19:22:19 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6831249 | ##+ | Yellow Ambulance of KY & IN, PO Box 2107, Louisville, KY 40201-2107 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0644-1 | User: cbhall | Page 2 of 2
Date Rcvd: Jul 06, 2021 | Form ID: 267 | Total Noticed: 15

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2021         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerry Burns | burnstrustee@bellsouth.net KY35@ecfcbis.com |
| John C. Rogers | on behalf of Debtor Troy D. Hart bankruptcy@glasgow-ky.com r49650@notify.bestcase.com |
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| Molly Slutsky Simons | on behalf of Creditor The Money Source Inc. bankruptcy@sottileandbarile.com |

TOTAL: 4